McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare St., Ste. 4401
Fresno, CA 93721
Telephone No: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT S. MILLAGER, | ) | 1:05-CV-0866 AWI TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's confidential letter brief be extended from March 13, 2006 to April 12, 2006.

//
///
///
///
///
///
///

1

1  This is defendant's first request for an extension of time
2  to file a response to plaintiff's confidential letter brief.
3  Defendant needs additional time to further review the file and
4  prepare a response in this matter.

5                                    Respectfully submitted,

7  Dated: March 14, 2006           /s/ James A. Yoro
                                   (As authorized via facsimile)
8                                  JAMES A. YORO
                                   Attorney for Plaintiff

10 Dated: March 14, 2006           McGREGOR W. SCOTT
                                   United States Attorney

12                                 /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
13                                 Assistant U.S. Attorney

15 IT IS SO ORDERED.

16 Dated:   **March 15, 2006**                    **/s/ Theresa A. Goldner**
   **j6eb3d**                              UNITED STATES MAGISTRATE JUDGE

2