JAMES A. YORO, SB# 86768
Chain, Younger, Cohn & Stiles
1800 30th Street, Suite 150
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 283-2667
Fax: (661) 283-6969

Attorney for Plaintiff
Ronald S. Millager

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. MILLAGER, | Case No.: 1:05-CV-0866 AWI TAG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security | |
| Defendant | |

    The party, through his respective counsel, stipulate that the time for filing plaintiff's opening brief be extended to May 26, 2006.

//

//

//

//

//

1

     This is the plaintiff's first request for an extension of time to file the opening brief.  Plaintiff needs additional time to further review the file and prepare response in this matter.

```
Dated:    5/9/06
                                    /s/ James A. Yoro
                                    JAMES A. YORO
                                    Attorney for Plaintiff



Dated:    5/9/06
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    (As authorized via facsimile)
                                    Assistant to U.S. Attorney
```

IT IS SO ORDERED.

Dated:  **May 22, 2006**              **/s/ Theresa A. Goldner**

**j6eb3d**                        UNITED STATES MAGISTRATE JUDGE