1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVEN MILLAGER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant.<br>_____/ | CASE NO. 1:05-cv-0866 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 22)<br><br>ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF ROBERT STEVEN MILLAGER AND AGAINST DEFENDANT MICHAEL J. ASTRUE |

Plaintiff Robert Steven Millager ("Plaintiff"), through counsel, filed a complaint seeking juridical review of an administrative decision denying his claim for disability insurance benefits under Title II of the Social Security Act (the "Act"), 42 U.S.C. § 401 et seq., and supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On August 9, 2007, after thoroughly reviewing the record and the parties' briefs, the Magistrate Judge issued findings and recommendations recommending that the case be remanded, pursuant to sentence four of 42 U.S.C. 405(g), and that Plaintiff's social security complaint be granted. (Doc. 22). The findings and recommendations were served on the parties on August 9, 2007, and contained notice that any objections to the findings and recommendations were to be filed within fifteen (15) days of the date of service. (Id.). No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil

1

Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's findings and recommendations, filed on August 9, 2007, are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed on August 9, 2007, are ADOPTED IN FULL;

2.  Plaintiff's complaint is GRANTED with respect to his claims for disability insurance benefits and supplement security income;

3.  The matter is ordered REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceeding as delineated in the findings and recommendations; and

4.  The Clerk of Court is DIRECTED to enter judgment for Plaintiff Robert Steven Millager and against Defendant Michael J. Astrue, and to close this action.

IT IS SO ORDERED.

**Dated:    September 18, 2007           /s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE